**John J. NOONEY, Plaintiff/Respondent,**

v.

**NOONEY COMPANY,**
**Defendant/Appellant.**

No. 70783.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 29, 1997.

Michael A. Kahn, David A. Streubel, St. Louis, for Defendant/Appellant.

Peter W. Herzog, Michael A. Vitale, St. Louis, for Plaintiff/Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM

The Nooney Company appeals from a judgment entered on a jury verdict in favor of its former officer, John Nooney, indemnifying him pursuant to an agreement for expenses he incurred on behalf of the company. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).